# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| United States of America <br> v. <br> Joseph Martin Jr. | ) ) ) ) ) ) ) ) ) Case No: 4:08CR68(JCH) <br> USM No: 33110-044 <br> Richard Sindel <br> *Defendant's Attorney* |
| Date of Original Judgment: 10/07/2008 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  160  months **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
IT IS FURTHER ORDERED that Defendant's motion for appointment of counsel in
  Case No. 4:11CV705(JCH) contained in Footnote 1 of the instant Motion to Reduce
  Sentence, is denied.
```

Except as otherwise provided, all provisions of the judgment dated  10/07/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  01/05/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

\s\ Jean C. Hamilton
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Joseph Martin Jr.
CASE NUMBER: 4:08CR68(JCH)
DISTRICT: Eastern District of Missouri

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 32 | Amended Total Offense Level: 28 | |
| Criminal History Category: II | Criminal History Category: II | |
| Previous Guideline Range: 135 to 168 months | Amended Guideline Range: | Count I 120 months |
| | | Count II 70 – 87 months |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS